IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MANUEL GAY, <br> TDCJ #597893, <br>     Plaintiff, <br> <br> v. <br> <br> UNITED STATES OF AMERICA, *et al.*, <br>     Defendants. | § § § § § § § § | <br> <br> <br> <br> CIVIL ACTION NO. H-06-3661 |

## FINAL JUDGMENT

For the reasons set out in the Court's *Memorandum and Order* of even date, this case is **DISMISSED** with prejudice as legally frivolous.

This is a **FINAL JUDGMENT**.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas on December 5, 2006.

_____
Nancy F. Atlas
United States District Judge